UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION, LLC,

      Plaintiff,

v.                                                          Case No:   8:25-cv-02622-JLB-LSG

VENUS MEDSPA, LLC, et al.,

      Defendants.

_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 33), recommending that Plaintiff McKesson Specialty Care Distribution, LLC's motions for default judgment against Defendant Venus Medspa, LLC and Defendant William Clarke (Docs. 19, 32) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order for all purposes.

2.  Plaintiff McKesson Specialty Care Distribution, LLC's motions for default judgment against Defendant Venus Medspa, LLC and Defendant William Clarke (Docs. 19, 32) are **GRANTED.**

3.  The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff McKesson Specialty Care Distribution, LLC and against Defendants Venus Medspa, LLC and William Clarke, jointly and severally, in the amount of $96,227.54, plus post-judgment interest at the judgment rate.

4.  Pursuant to the parties' agreements, Plaintiff McKesson Specialty Care Distribution, LLC is awarded attorney's fees and costs. No later than forty-five days after the date of this Order, Plaintiff shall file (a) a supplemental motion on the amount of fees under Local Rule 7.01(c), and (b) a supplemental bill of costs under 28 U.S.C. § 1920, with supporting evidence.

**ORDERED** in Tampa, Florida, on July 7, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE