UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION, LLC,

Plaintiff,

v. Case No: 8:25-cv-2622-JLB-LSG

VENUS MEDSPA, LLC, and
WILLIAM CLARKE,

Defendants.
_____________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 49), recommending that Plaintiff McKesson Specialty Care Distribution, LLC's Motion for Final Judgment after Default upon Confession of Garnishee, Bank of America, N.A. (Doc. 48) be **GRANTED**. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 49) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff McKesson Specialty Care Distribution, LLC's Motion for Final Judgment after Default upon Confession of Garnishee, Bank of America, N.A. (Doc. 48) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter final judgment in favor of McKesson Specialty Care Distribution, LLC and against Garnishee Bank of America, N.A.

4. Garnishee Bank of America, N.A. is **DIRECTED** to pay into the trust account of McKesson Specialty Care Distribution, LLC's counsel, Carlton Fields, P.A., the $8,561.59 that it currently holds on behalf of Defendants, plus any additional amount subsequently deposited in Defendants' accounts held by the Garnishee, provided that the total sum does not exceed the $96,227.54 judgment (Doc. 35).

5. Pursuant to Florida Statutes, section 77.28, McKesson Specialty Care Distribution, LLC is **DIRECTED** to pay the $100.00 statutory fee to

Garnishee's counsel, the Noa Law Firm, P.A., P.O. Box 941958, Miami, Florida 33194. (*See* Doc. 42 at 3).

6. Thereafter, the Clerk of Court is DIRECTED to terminate any pending deadlines and motions and close the file.

**ORDERED** in Tampa, Florida, on October 23, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE